36 So.2d 111
### Joseph Clinton McINTOSH v. STATE.
4 Div. 507.

Supreme Court of Alabama.
June 10, 1948.

J. C. Fleming, of Elba, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Joseph Clinton McIntosh for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McIntosh v. State, Ala.App., 36 So.2d 109.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.